UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YELENA CARRILLO,

                         Plaintiff,

          -v-

JPMORGAN CHASE BANK, N.A.,

                         Defendant.

20-CV-1744 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on February 28, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than March 20, 2020.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by March 13, 2020.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge